IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-72-1H

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )          **ORDER**
BRIAN KEITH CAUSEY,               )
                                  )
        Defendant.                )

This matter is before the court on defendant's motion to seal

his Sentencing Memorandum and its attached exhibits [DE #60].  For

good cause shown, the Clerk is directed to seal [DE #60].

This 7th day of December 2010.


_____
MALCOLM J. HOWARD
Senior United States District Judge


At Greenville, N.C.
jh